[No. 2902–2.  Division Two.  December 21, 1977.]

JOSEPH J. BATH, ET AL, *Appellants*, v. BERNICE A.
REISE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 236613, Waldo F. Stone, J., entered April 2,
1976. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Reed, JJ.

[No. 2465–2.  Division Two.  December 21, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY A.
ANTONSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 48647, E. Albert Morrison, J., entered June 22,
1976. *Affirmed* by unpublished opinion per Reed, J., con-
curred in by Pearson, C.J., and Petrie, J.

[No. 3129–2.  Division Two.  December 21, 1977.]

*In the Matter of the Personal Restraint of*
FRANK E. STANKEVITZ, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 49712, Robert A. Jacques, J., entered May 17,
1977. *Reversed* by unpublished opinion per Pearson, C.J.,
concurred in by Petrie and Reed, JJ.